ORIGINAL

JS-6

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 19 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

BY FAX

LODGED

RANJANA NATARAJAN, SBN 230149
MARK D. ROSENBAUM, SBN 59940
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1616 Beverly Blvd.
Los Angeles, CA 90026
Telephone: (213) 977-9500
Facsimile: (213) 250-3919
Email: rnatarajan@aclu-sc.org

LINTON JOAQUIN, SBN 73547
KAREN C. TUMLIN SBN 234691
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Blvd., Suite 2850
Los Angeles CA 90010
Tel: (213) 639-3900
Fax: (213) 639-3911
Email: Joaquin@nilc.org; Tumlin@nilc.org

Attorneys for Plaintiffs
(See next page for additional counsel)

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANSOUR BAVI; ABBAS AMIRICHIMEH; KWANG HO LEE; and JAMES MOORHEAD, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL B. MUKASEY, in his official capacity as Attorney General of the United States; MICHAEL CHERTOFF, in his official capacity as Secretary of the U.S. Department of Homeland Security; EMILIO T. GONZALEZ in his official capacity as Director of U.S. Citizenship and Immigration Services; JANE ARELLANO, in her official capacity as Field Director of the Los Angeles District of U.S. Citizenship and Immigration Services; and ROBERT S. MUELLER, III, in his official capacity as Director of the Federal Bureau of Investigation,<br><br>Defendants. | CASE NO. SACV07-1394 DOC (RNBx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

4087610.1

| | |
|---|---|
| 1 | MARK B. HELM, SBN 115711 |
| | JACOB S. KREILKAMP, SBN 248210 |
| 2 | MUNGER, TOLLES & OLSON LLP |
| | 355 South Grand Ave., 35th Floor |
| 3 | Los Angeles, CA 90071-1560 |
| | Tel: (213) 683-9260 |
| 4 | Fax: (213) 593-2960 |
| | Email: Jacob.Kreilkamp@mto.com |
| 5 | |
| | JULIE SU, SBN 174279 |
| 6 | MARK YOSHIDA, SBN 195778 |
| | YUNGSUHN PARK, SBN 239356 |
| 7 | ASIAN PACIFIC AMERICAN LEGAL CENTER |
| | 1145 Wilshire Blvd., 2nd Floor |
| 8 | Los Angeles, CA 90017 |
| | Tel: (213) 977-7500 |
| 9 | Fax: (213) 977-7595 |
| | Email: ypark@apalc.org |
| 10 | |
| | Attorneys for Plaintiffs |

4087610.1

- 1 -

NOTICE OF DISMISSAL

## NOTICE OF DISMISSAL

Comes now Plaintiff ABBAS AMIRICHIMEH through his undersigned attorneys, for his Notice of Dismissal, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1), and states:

1. Rule 41(a)(1)(A) provides that "Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ."

2. Defendants have not filed an answer or a motion for summary judgment.

3. Accordingly, Plaintiff ABBAS AMIRICHIMEH, for himself alone, hereby voluntarily dismisses without prejudice his lawsuit, including all claims he has asserted against all defendants.

DATED: December 17, 2007

By: _____
JACOB S. KREILKAMP

MUNGER, TOLLES & OLSON LLP
Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I declare as follows: I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and am not a party to this action; my business address is 355 S. Grand Ave., Ste. 3500, Los Angeles, CA, 90071-1560, in said County and State.

On December 17, 2007, I served the following document: **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE** on the party stated below, by placing a true copy thereof in an envelope addressed as shown below by the following means of service:

| | |
|---|---|
| Elizabeth Stevens<br>Senior Litigation Counsel<br>Office of Immigration Litigation<br>Civil Division, U.S. Department of Justice<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044 | Elizabeth Steven<br>Elizabeth.Stevens@usdoj.gov |

*Attorneys for Defendants*

☑ **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

☐ **BY PERSONAL SERVICE:** I placed a true copy in a sealed envelope addressed to the persons named at the address shown and giving same to a messenger for personal delivery before 5:00 p.m. today.

☑ **BY .PDF** By sending a copy of said document by facsimile machine or email for instantaneous transmittal.

☐ **BY FACSIMILE:** From facsimile number (213) 687-3702, I caused each such document to be transmitted by facsimile machine, to the parties and numbers indicated above, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission. Such transmission was reported as complete and without error.

☑ I am employed in the office of a member of the bar of this court, and that the foregoing document(s) was(were) printed on recycled paper.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 17, 2007.

*Karen Easton*
Karen Easton