1  LINTON JOAQUIN, SBN 73547
   KAREN C. TUMLIN, SBN 234691
2  NATIONAL IMMIGRATION LAW CENTER
   3435 Wilshire Blvd., Suite 2850
3  Los Angeles CA 90010
   Tel:   (213) 639-3900
4  Fax:   (213) 639-3911
   Email: Joaquin@nilc.org; Tumlin@nilc.org
5
   MARK D. ROSENBAUM, SBN 59940
6  ACLU FOUNDATION OF SOUTHERN
   CALIFORNIA
7  1313 West Eight Street
   Los Angeles, CA 90017
8  Telephone:  (213) 977-9500
   Facsimile:  (213) 977-5297
9  Email: mrosenbaum@aclu-sc.org

10 Attorneys for Plaintiffs
   (See next page for additional counsel)
11

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 30 2009

CENTRAL DISTRICT OF CALIFORNIA
                         DEPUTY

12                 UNITED STATES DISTRICT COURT

13             FOR THE CENTRAL DISTRICT OF CALIFORNIA

14

| 15 | CARLOS GUILLERMO FLORES; SONALI KOLHATKAR; and SUNG TAE KIM, individually and on behalf of all those similarly situated, | CASE NO. SACV07-1394 DOC (RNBx) |
|---|---|---|
| | | **STIPULATED PROTECTIVE ORDER** |
| | Plaintiffs, | [~~PROPOSED~~] |
| | vs. | Judge:    Hon. David O. Carter |
| | MICHAEL B. MUKASEY, in his official capacity as Attorney General of the United States; MICHAEL CHERTOFF, in his official capacity as Secretary of the U.S. Department of Homeland Security; EMILIO T. GONZALEZ in his official capacity as Director of U.S. Citizenship and Immigration Services; JANE ARELLANO, in her official capacity as Field Director of the Los Angeles District of U.S. Citizenship and Immigration Services; and ROBERT S. MUELLER, III, in his official capacity as Director of the Federal Bureau of Investigation, | |

| | |
|---|---|
| | Defendants. |

MARK B. HELM, SBN 115711
JACOB S. KREILKAMP, SBN 248210
MUNGER, TOLLES & OLSON LLP
355 South Grand Ave. 35th Floor
Los Angeles CA 90011-1560
Tel: (213) 683-9260
Fax: (213) 593-2960
Email: Jacob.Kreilkamp@mto.com; Mark.Helm@mto.com

JULIE SU, SBN 174279
MARK YOSHIDA, SBN 195778
YUNGSUHN PARK, SBN 239356
ASIAN PACIFIC AMERICAN LEGAL CENTER
1145 Wilshire Blvd., 2nd Floor
Los Angeles, CA 90017
Tel: (213) 977-7500
Fax: (213) 977-7595
Email: ypark@apalc.org

Attorneys for Plaintiffs

## STIPULATION

The parties by and through their counsel hereby stipulate to and petition the court to enter the following Stipulated Protective Order:

1. This Protective Order shall apply not only to all initial disclosures and discovery in this action, but also to any information copied or extracted therefrom, as well as all copies, excerpts, summaries, compilations, testimony, conversations, or presentations by parties or counsel to or in court or in other settings that might reveal information protected under this Order. All information protected under this Order is termed "Protected Material."

2. Government records that identify specific individuals shall be marked "PRODUCED SUBJECT TO PROTECTIVE ORDER" or "SUBJECT TO PROTECTIVE ORDER" or contain a similar marking, and may be used only for purposes of this litigation.

3. Any government documents or information produced by the Federal defendants that are designated as subject to this Order shall be used by the plaintiffs or their representative(s) only for purposes of litigating this case, including any subsequent appeals, and shall not be disclosed by the plaintiffs or their representative(s) to the public or any other person or entity for any reason other than for purposes of litigating this case, including any subsequent appeals.

4. This Order does not constitute any ruling on the question of whether any particular document or category of information is properly discoverable or

1

privileged, and does not constitute any ruling on any potential objections to the discoverability, relevance, or admissibility of any record, other than objections based on the Privacy Act.

5. This Order does not apply to any information or documents other than the information or documents that are subject to the Privacy Act, and the terms and conditions set forth herein shall not apply to the disclosure of any classified national security information or any information subject to a claim of privilege or other basis of exclusion, and this Order shall not be precedent for adopting any procedure with respect to the disclosure of any such other information.

DATED: January 28, 2009

NATIONAL IMMIGRATION LAW CENTER

By: _____/s/_____
KAREN C. TUMLIN
Attorneys for Plaintiffs

DATED: January 28, 2009

U.S. DEPARTMENT OF JUSTICE, OFFICE OF IMMIGRATION LITIGATION, CIVIL DIVISION

By: _____/s/_____
ELIZABETH STEVENS
Attorneys for Defendants

IT IS SO ORDERED

By: _David O. Carter_

Judge David O. Carter

DATED: January 30, 2009