TONY WEST
United States Department of Justice
Assistant Attorney General

DAVID J. KLINE
Director, District Court Section
Office of Immigration Litigation

ELIZABETH J. STEVENS VSB 47445
Assistant Director,
District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Telephone: (202) 616-9752
    Facsimile: (202) 305-7000
    E-mail: elizabeth.stevens@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

AT SANTA ANA

| | |
|---|---|
| SONALI KOLHATKAR, et al., | Case No. SACV07-1394-DOC (RNBx) |
| Plaintiffs, | |
| v. | JOINT STIPULATION FOR APPROVAL OF SETTLEMENT AGREEMENT |
| ERIC H. HOLDER, JR., et al., | |
| Defendants. | Judge: Hon. David O. Carter |

JOINT STIPULATION FOR APPROVAL OF
SETTLEMENT AGREEMENT                                    SACV07-1394-DOC-RNBx

On December 4, 2007, Plaintiffs filed the above-captioned action seeking class certification and declaratory and injunctive relief challenging the actions of the United States Citizenship and Immigration Service (USCIS) and the Federal Bureau of Investigation (FBI) in the adjudication of naturalization applications.  Following arms-length negotiations, the parties have now reached a mutually agreeable settlement, and seek this Court's approval of the Settlement.

As set forth in the Settlement, USCIS is to adjudicate 70 percent of all pending adjudicable naturalization applications of Kolhatkar applicants within 90 days of the approval date, and 90 percent of all pending adjudicable naturalization applications of Kolhatkar applications within 180 days of the Approval Date.  The baseline for the percentages is a data run of all files in District 23 that fell within the definition of Kolhatkar applicants, done on June 30, 2009.  In addition, USCIS will send out a notice of the settlement to all identified Kolhatkar applicants within ten days of the date this Court approves the settlement (approval date).

"Kolhatkar applicants" are defined as all individuals residing within the jurisdiction of this Court, who, as of June 30, 2009 through the approval date (including those adjudicated from June 30, 2009 to present):

(1)  Had applied for naturalization within USCIS District 23, which includes the USCIS Los Angeles, Santa Ana, and San Bernardino Field offices;

JOINT STIPULATION FOR APPROVAL OF
SETTLEMENT AGREEMENT                    1                    SACV07-1394-DOC-RNBx

  (2) Continue to reside within USCIS District 23;

  (3) Had N-400 applications for naturalization that remained pending for more than 180 days after filing due to the non-completion of the FBI name check;

  (4) Have attended an interview; and

  (5) Have their N-400 applications unadjudicated by USCIS.

 Cases that are not adjudicable are defined as those in which the Kolhatkar applicant failed to provide information requested by USCIS, failed to take some other action required by USCIS, in which USCIS is awaiting receipt of information from the Kolhatkar applicant, or in which the Kolhatkar applicant has a pending individual federal court action challenging the lack of adjudication expressly or constructively under 8 U.S.C. § 1447(b), and has not agreed to voluntary dismissal of that claim.

 The agreement also provides for three sets of limited reports by USCIS to Plaintiffs' counsel regarding the status of naturalization applications.  If USCIS meets the benchmarks, the parties will file a joint stipulation dismissing the action in full.  If USCIS fails to meet the benchmarks, plaintiffs may seek enforcement from the Court.  The Court's determinations would be limited to two issues:  whether the failure to meet the 90% mark was reasonable, or whether USCIS failed to take all steps necessary to meet the 90% mark.  The Court would also have jurisdiction to determine whether a failure by Defendants to meet certain deadlines was reasonable.  The Court's jurisdiction over enforcement of the Settlement Agreement ends upon the

JOINT STIPULATION FOR APPROVAL OF
SETTLEMENT AGREEMENT  2  SACV07-1394-DOC-RNBx

1  government's compliance with any order issued by the Court
2  pursuant to the enforcement.
3      Plaintiffs have agreed to settle their demands for EAJA fees
4  and costs for a total of $4,397.38 in taxable costs under 28
5  U.S.C. § 1920, and $4,800.18 in other costs.  No attorneys fees
6  will be paid under this agreement.
7      Based on the foregoing, the parties respectfully request
8  that this Court enter an order approving the Settlement.  A
9  proposed Order is attached.

                                    Respectfully submitted,

                                    TONY WEST
                                    United States Department of Justice
                                    assistant Attorney General

                                    DAVID J. KLINE
                                    Director, District Court Section
                                    Office of Immigration Litigation

                               By:  S/Elizabeth J. Stevens
                                    ELIZABETH J. STEVENS
                                    Assistant Director
                                    District Court Section
                                    Office of Immigration Litigation
                                    P.O. Box 868
                                    Ben Franklin Station
                                    Washington, D.C. 20044
                                    Telephone: (202) 616-9752
                                    FAX: (202) 305-7000
                                    Elizabeth.stevens@usdoj.gov

                                    Attorneys for Defendants

Dated:
                               By:  S/ Linton Joaquin
                                    LINTON JOAQUIN
                                    National Immigration Law Center
                                    3435 Wilshire Boulevard
                                    Suite 2850
                                    Los Angeles, CA 90010

                                    Attorney for Plaintiffs

JOINT STIPULATION FOR APPROVAL OF
SETTLEMENT AGREEMENT               3                SACV07-1394-DOC-RNBx