TONY WEST
United States Department of Justice
Assistant Attorney General
DAVID J. KLINE
Director, District Court Section
Office of Immigration Litigation
ELIZABETH J. STEVENS VSB 47445
Assistant Director,
District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Telephone: (202) 616-9752
    Facsimile: (202) 305-7000
    E-mail: elizabeth.stevens@usdoj.gov

**JS-6**

NOTE: CHANGES MADE BY THE COURT

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

AT SANTA ANA

| | |
|---|---|
| SONALI KOLHATKAR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ERIC H. HOLDER, JR., et al., <br><br> Defendants. | Case No. SACV07-1394-DOC (RNBx) <br><br> JOINT STIPULATION FOR APPROVAL OF SETTLEMENT AGREEMENT <br><br> Judge: Hon. David O. Carter |

Before the Court is the parties' Joint Stipulation for Approval of Settlement Agreement. The hearing set for Monday, November 9, 2009, is hereby VACATED.

    Said Motion is GRANTED

    IT IS SO ORDERED.

DATED: November 6, 2009

*/s/ David O. Carter*
Hon. David O. Carter
United States District Court Judge